

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00421-CR

Aaron **POUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19622-1
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On July 12, 2022, Appellant filed notices of appeal with this court. On August 29, 2022, court reporter Paula Beaver filed notices of late reporter's records. The notices state Appellant has not provided the court reporter with written requests to prepare the reporter's records, *see* TEX. R. APP. P. 34.6(b).

Therefore, we **order** Appellant to provide written proof to this court within **ten days** of the date of this order that (1) Appellant has delivered written requests to prepare the reporter's records to court reporter Paula Beaver that designates the exhibits to be included, *see id.* R. 34.6(b), and (2) either the reporter's fees have been paid or arrangements have been made to pay the reporter's fees, or Appellant is entitled to appeal without paying the reporter's fees, *see id.* R. 20.2.

If Appellant fails to respond within the time provided, Appellant's briefs will be due within **thirty days** of the date of this order, and the court will only consider those issues or points raised in Appellant's briefs that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

MICHAEL A. CRUZ, Clerk of Court